# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. 4:17-CV-87 |
| **Plaintiff** | : | |
| vs. | : | |
| **MELISSA CHAPMAN (formerly known as Melissa D. Lee)** | : | |
| **Defendant** | : | |

## DEFAULT

Pursuant to request for entry of default filed March 28, 2017, default is hereby entered against defendant Melissa Chapman (formerly known as Melissa D. Lee) for failure to answer, plead or otherwise respond to the complaint in this matter.

                                              Peter Welsh, Acting Clerk of Court
                                              s/Lisa A. Gonsalves, Deputy Clerk

March 28, 2017